# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY A. FLETCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AVAYA HOLDINGS CORP., JAMES M. CHIRICO, JR., ALAN B. MASAREK, and KIERAN J. MCGRATH,<br><br>Defendants. | Case No. 1:23-cv-00003-CCE-JLW |

## NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Fletcher v. Avaya Holdings Corp. et al.*, 1:23-cv-00003-CCE-JLW, brought before the United States District Court for the Middle District of North Carolina, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Jeffrey Fletcher hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: February 28, 2023

Respectfully submitted,

CRAIGE JENKINS LIIPFERT & WALKER LLP

*/s/ Ellis B. Drew, III*
Ellis B. Drew, III
NC State Bar No. 12934; Fed. No. 603
BoD@craigejenkins.com
110 Oakwood Drive, Suite 300
Winston-Salem, NC 27103
Telephone: (336) 725-2900

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff*

1